**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

| | |
|---|---|
| ULTEGRA, LLC and GRETCHEN CHIPPERINI, </br></br> Plaintiffs </br></br> v. </br></br> MYSTIC FIRE DISTRICT, CHRISTOPHER WILKINS, FRANK C. HILBERT, ANTHONY P. MANFREDI, JR.,. CHRISTOPHER MAY, JOHN H. KENNEDY, KYLE HILBERT, CHRIS PAIGE, BRIAN MOLKENTHIN, NICK ALLYN and WILLIAM CELTRUDA, et al. </br></br> Defendants | CIVIL ACTION NO.: </br> 3:09-CV-1284 (MRK) </br></br></br></br></br></br></br></br></br></br></br></br></br></br> JANUARY 24, 2013 |

---

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Ultegra, LLC represents the following:

    1.    By order dated October 13, 2009, this Court entered a default against the defendant, William Celtruda.

    2.    The Court further ordered that a motion for default judgment was to be filed no later than December 12, 2009.

3.       At or around this time plaintiff was considering retaining new counsel because of disagreements which developed between plaintiff Ultegra, LLC, plaintiff Gretchen Chipperini and attorneys, Burns, Young and Berdon.

4. On April 1, 2010 attorneys Burns, Young and Berdon filed motions to withdraw as counsel to Ultegra, LLC and Gretchen Chipperini this Court ordered that appearances for said plaintiffs were to be filed by April 26, 2010 at which time the motions to withdraw would be granted.

5.       Although the undersigned had not appeared until June 10, 2010, it appears that because of the deterioration of the relationship between plaintiffs and their then counsel, the motion for default judgment had not been filed.

6.       Plaintiff, Ultegra, LLC, now moves for a default judgment against William Celtruda.


THE PLAINTIFF, ULTEGRA LLC

BY_____
John J. Carta, Jr.
31North Main Street
Essex, CT 06426
(860)-767-6570
Fax - (860)-767-6573
E-mail john@cartalaw.com
Juris No. 008727
Federal Bar No. ct 13131
It's Attorney

## **CERTIFICATION**

I hereby certify that on January 24, 2013 a copy of the foregoing was filed electronically and served by mail on any person unable to accept electronic filing as set forth below. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system:

William A. Celtruda
Inmate No. 361946
Corrigan-Radgowski Correction Center
986 Norwich-New-London Turnpike
Uncasville, CT 06382

_____

John Carta