UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        :       CIVIL ACTION NO.:
ULTEGRA, LLC et al.                     :       3:09-cv-1284 (MPS)
                                        :
           Plaintiffs,                  :
   v.                                   :
                                        :
MYSTIC FIRE DISTRICT et al.,            :
           Defendants.                  :
_____:         July 29, 2013


**JOINT MOTION ON CONSENT REQUESTING
<u>SECOND EXTENSION OF TIME TO COMPLY WITH JOINT TRIAL
MEMORANDUM ORDER</u>**

Plaintiff, Ultegra, LLC and defendants, Mystic Fire District, Christopher Wilkins, Frank Hilbert, Anthony Manfredi, Jr., Christopher May, John Kennedy, Kyle Hilbert, Chris Paige, Brian Molkenthin and Nick Allyn, respectfully move for a second, and final, extension of time in which to file the Joint Trial Memorandum, up to and including Wednesday, August 21, 2013.  In support of this motion, the undersigned counsel represents as follows:

1. Trial of this matter is currently scheduled for September 18, 2013.

2. This is the second joint request for an extension of time to file the Joint Trial Memorandum, the first request being granted by the District Court (Shea, U.S.D.J.) up to and including August 5, 2013.

3. The undersigned counsel recently had a telephone conference. Due to logistical reasons, primarily scheduled vacations and an unanticipated conflict by the undersigned Attorney Michael Deakin, the undersigned counsel

respectfully request a second extension of time, up to Wednesday August 21, 2013, in which to file the Joint Trial Memorandum.

4. If granted by the court, this will be the final extension of time requested by counsel to complete the Joint Trial Memorandum. This extension will not impact the scheduled trial, as it allows for counsel to file oppositions to the Motions in Limine, as required by the court's trial memorandum order, in advance of the two pretrial conference calls, scheduled for September 3, 2013 and September 10, 2013.

5. It is anticipated that counsel for the plaintiff, Attorney John Carta, will be providing the undersigned with his compliance with the Joint Trial Memorandum this Friday, August 2, 2013. Mr. Carta is on vacation the following week, August 10-17, 2013. The undersigned Michael Deakin will be providing Mr. Carta with the defendants' Compliance no later than August 18, 2013, thus giving Attorney Carta until Wednesday August 21, 2013 to finalize same for filing by that date. The undersigned Michael Deakin will be on vacation the week of August 19-23, 2013.

Wherefore, and for all the foregoing reasons, the undersigned counsel, on behalf of the plaintiff and defendants, respectfully request up to August 21, 2013 to file the Joint Trial Memorandum.

        THE PLAINTIFF,
           Ultegra, LLC

By: _____ct13131_____
    John J. Carta, Jr. (ct13131)
    31 North Main Street
    Essex, CT  06426
    Tel.: (860) 767-6570
    Fax: (860) 767-6573
    E-mail: john@cartalaw.com

        THE DEFENDANTS,
           Mystic Fire District, Christopher Wilkins,
           Frank Hilbert, Anthony Manfredi, Jr.,
           Christopher May, John Kennedy, Kyle Hilbert,
           Chris Paige, Brian Molkenthin and Nick Allyn

By: \_\_\_ct15376_____
    Michael C. Deakin (ct15376)
    DEAKIN EDWARDS & CLARK LLP
    245 Amity Road, Suite 200
    Woodbridge, CT  06525
    Tel.: (203) 387-5100
    Fax: (203) 387-5101
    E-mail: mdeakin@deakinedwardsclark.com

## CERTIFICATION

I hereby certify that on July 29, 2013 a copy of the foregoing was filed electronically and served on any person unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

John Carta, Esq.
31 North Main Street
Essex, CT  06426
(E-mail: john@cartalaw.com)

William A. Celtruda
Inmate No.: 361946, MacDougall-Walker Correctional Facility Institution
1153 East Street
South Suffield, CT 06080

Eugene Cushman, Esq.
One Post Hill Place, #1
New London, CT  06320-5705
(Email:  arco.corp@snet.net)

　　　　　　　　　　　　　　　　　　___ct15376_____
　　　　　　　　　　　　　　　　　　Michael C. Deakin (ct15376)