# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

**ULTEGRA, LLC and**
**GRETCHEN CHIPPERINI,**

        **Plaintiffs**

   **v.**

**MYSTIC FIRE DISTRICT, ET AL**

        **Defendants**

**CIVIL ACTION NO.:**
**3:09-CV-1284 (MPS)**

**OCTOBER 25 , 2013**

---

## MOTION FOR RECONSIDERATION

Pursuant to Federal Rules of Civil Procedure Sections 54 (b), 60 (a) and Local Rule 7 (c), plaintiffs respectfully move that the Court reconsider its order dated October 10, 2013 granting defendants' motion to preclude the testimony of Norman Benedict, and, Kenneth Woodward.

In support of this motion, plaintiffs have prepared and submitted a memorandum of law setting forth controlling decisions which plaintiffs believe the Court overlooked in the initial order. Said memorandum is dated and was filed on October 24, 2013.

THE PLAINTIFF, ULTEGRA LLC

BY _____
John J. Carta, Jr.
31North Main Street
Essex, CT 06426
(860)-767-6570
Fax - (860)-767-6573
E-mail john@cartalaw.com
Juris No. 008727
Federal Bar No. ct 13131

## **CERTIFICATION**

I hereby certify that on October 25 , 2013 a copy of the foregoing was filed electronically and served by mal on any person unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any person unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____

John Carta