Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson     RPTR/ECRO/TAPE Marshall
TOTAL TIME: 2 hours 25 minutes
DATE: Sept. 17, 2014   START TIME: 1:20   END TIME: 3:45
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:09cv1284 (MPS)

ULTEGRA LLC, et al

vs

MYSTIC FIRE DISTRICT, et al

Carta / Cushman
Plaintiff's Counsel

Deakin / Edwards
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __8__ reported. [✓] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 9/18/14 at 9:00am
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet