Civil-Trial (3/7/2011)

**HONORABLE:** Michael P. Shea
**DEPUTY CLERK** D. Johnson   **RPTR/ECRO/TAPE** Marshall
**TOTAL TIME:** 5 hours 25 minutes
**DATE:** Sept. 18, 2014   **START TIME:** 8:50   **END TIME:** 3:15
**LUNCH RECESS   FROM:** 12:15   **TO:** 1:15
**RECESS (if more than ½ hr)   FROM:** _____   **TO:** _____

**CIVIL NO.** 3:09cv1284 (MPS)

ULTEGRA LLC, et al

vs

MYSTIC FIRE DISTRICT, et al

Carta / Cushman
Plaintiff's Counsel

Deakin / Edwards
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __8__ reported.  [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held  [✓] Jury Trial continued until 9/22/14 at 9:00am
- [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] #___ Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] #___ Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] #___ Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] #___ Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion_____  [ ] granted [ ] denied [ ] advisement
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due  [ ] Pltf_____  [ ] Deft_____  [ ] Reply_____
- [ ] Summations held  [ ] Court's Charge to the Jury
- [ ] All full exhibits,  [ ] Verdict form,  [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet