Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson     RPTR/ECRO/TAPE: Marshall
TOTAL TIME: 6 hours 5 minutes
DATE: Sept. 22, 2014     START TIME: 8:50     END TIME: 3:45
LUNCH RECESS     FROM: 12:35     TO: 1:20
RECESS (if more than ½ hr)     FROM: _____     TO: _____

CIVIL NO. 3:09cv1284 (MPS)

ULTEGRA LLC, et al

vs

MYSTIC FIRE DISTRICT, et al

Carta / Cushman
Plaintiff's Counsel

Deakin / Edwards
Defendant's Counsel

### CIVIL JURY/COURT TRIAL

- [x] Jury of _____ reported.  [ ] Jury sworn
- [ ] Juror # _____ excused.
- [x] Jury Trial held  [x] Jury Trial continued until 9/23/14 at 9:00am
- [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] # ___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____ [ ] granted [ ] denied [ ] advisement
- [x] Oral Motion for judgment as matter of law as to Molkenthin, Allyn, Paige + Granted as to Sec. 1983 Claim against Hilbert  [x] granted [ ] denied [ ] advisement
- [x] Oral Motion for Judgment as to all other claims  [ ] granted [x] denied as moot.
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [x] Plaintiff to file Amended Complaint  [ ] filed [ ] docketed
- [x] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held  [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [x] COPY TO: JURY CLERK with daily juror attendance sign-in sheet