UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



ULTEGRA LLC, et al.,
    Plaintiffs,
v.
MYSTIC FIRE DISTRICT, et al.,
    Defendants.

No. 3:09cv1284 (MPS)

## VERDICT FORM

### A. PLAINTIFFS' CLAIMS

**Claim Against Defendant Christopher May**

1. Do you find that Plaintiffs have proved that Defendant May was negligent and that his negligence legally caused their injuries?

    Yes: ___　　　　No: _X_

    *If you answered "yes" to Question A(1), then go to Question A(2). Otherwise, leave Question A(2) blank and go to Question A(3).*

2. Do you find that Defendant May has proved that any negligent acts or negligent failures to act by him were discretionary and thus that he is immune from liability?

    Yes: ___　　　　No: ___

**Claims Against Defendant Kyle Hilbert**

3. Do you find that Plaintiffs have proved that Defendant Hilbert was negligent and that his negligence legally caused their injuries?

    Yes: ___　　　　No: _X_

    *If you answered "yes" to Question A(3), then go to Question A(4). Otherwise, leave Question A(4) blank and go to Question A(5).*

4. Do you find that Defendant Hilbert has proved that any negligent acts or negligent failures to act by him were discretionary and thus that he is immune from liability?

   Yes: ___   No: ___

5. Do you find that Plaintiffs have proved that Defendant Hilbert was wanton and reckless and that his wanton and recklessness legally caused their injuries?

   Yes: ___   No: **X**

*If you answered "yes" to Question A(1) and "no" to Question A(2), and/or if you answered "yes" to Question A(3) and "no" to Question A(4), you must answer "yes" to Question A(6). Otherwise, leave Question A(6) blank and go to Part C.*

**Claim Against Mystic Fire District**

6. Do you find that Mystic Fire District was negligent and that its negligence was the proximate cause of the Plaintiffs' injuries?

   Yes: ___   No: ___

*If you answered "yes" to Question A(1) and "no" to Question A(2), and/or if you answered "yes" to Question A(3) and "no" to Question A(4), and/or if you answered "yes" to Question A(5), then you must answer Part B. Otherwise, leave Part B blank and go to Part C.*

**B. DAMAGES**

   1. **Ultegra LLC**

   What is the amount of damages that Plaintiffs have proved that Ultegra incurred?

$ _____

2. **Gretchen Chipperini**

What is the amount of damages that Plaintiffs have proved Gretchen Chipperini incurred?

$ _____

## C. SIGNATURE

The foreperson should sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to the court.

*Ellen Amelueo*  9/24/2014
**Foreperson**            **Dated:**