AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ULTEGRA LLC, et al

v.

MYSTIC FIRE DISTRICT, et al

Plaintiff's EXHIBIT List

Case Number: 3:09cv1284 (MPS)

| PRESIDING JUDGE<br>Michael P. Shea | | | PLAINTIFF'S ATTORNEY<br>Carta / Cushman | | DEFENDANT'S ATTORNEY<br>Deakin / Edwards |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>9/17/2014 - 9/24/2014 | | | COURT REPORTER<br>Marshall | | COURTROOM DEPUTY<br>D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/17/2014 | Yes | Yes | Membership Application |
| 2 | | 9/17/2014 | Yes | Yes | By Laws - B.F. Hoxie Engine Co. |
| 3 | | 9/18/2014 | Yes | Yes | Police Report of William Celtruda |
| 4 | | 9/18/2014 | Yes | Yes | Police Report of Kyle Hilbert |
| 8 | | 9/22/2014 | Yes | Yes | Photos of House |
| 9 | | 9/22/2014 | Yes | Yes | Photo |
| 10 | | 9/22/2014 | Yes | Yes | Photos |

FILED 2014 SEP 25 P 12:20 US DISTRICT COURT HARTFORD CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages