AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

ULTEGRA LLC, et al

V.

MYSTIC FIRE DISTRICT, et al

Court's EXHIBIT List

Case Number: 3:09cv1284 (MPS)

| PRESIDING JUDGE<br>Michael P. Shea | PLAINTIFF'S ATTORNEY<br>Carta / Cushman | DEFENDANT'S ATTORNEY<br>Deakin / Edwards |
|---|---|---|
| TRIAL DATE (S)<br>9/17/2014 - 9/24/2014 | COURT REPORTER<br>Marshall | COURTROOM DEPUTY<br>D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/24/2014 | | | Note from Jury |
| 2 | | 9/24/2014 | | | Discarded verdict form |

FILED 2014 SEP 25 P 12:20 US DISTRICT COURT HARTFORD CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages