AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

ULTEGRA LLC, et al

V.

MYSTIC FIRE DISTRICT, et al

Def't's EXHIBIT List

Case Number: 3:09cv1284 (MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. Shea | Carta / Cushman | Deakin / Edwards |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/17/2014 - 9/24/2014 | Marshall | D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | See Attached |

*FILED 2014 SEP 25 P 12 20 U.S. DISTRICT COURT HARTFORD CT*

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages

*Defendants'*

## LIST OF EXHIBITS

_____ D1.   Email from plaintiff to Norman Benedict dated August 4, 2011, marked as Defendants' Exhibit 4J at deposition of Norman Benedict.

_____ D2.   "Overview" – marked as Defendants' Exhibit 4C at deposition of Norman Benedict.

_____ D3.   Email from Gretchen Chipperini to Norman Benedict dated November 1, 2011, and marked as Defendants' Exhibit 4G at Norman Benedict's deposition.

_____ D4.   Writ, Summons and Complaint in Chipperini, et al vs. Town of Groton and Town of Groton, Board of Tax Review, with a return date of 7/23/02, with Attorney Eugene Cushman as counsel of Record.

_____ D5.   Notice of Plaintiff's Compliance, with attached Compliance, dated December 9, 2004, in Docket No. CV-02-0562809.

_____ D6.   Direct Examination of Gretchen by Attorney Eugene Cushman (beginning at page 175) on March 11, 1998 in Gretchen Chipperini et al vs. Town of Groton, CV 93-0527760S.

_____ D7.   Plaintiffs' Compliance with Defendants' First Set of Interrogatories and Requests for Production, dated March 10, 2010, in Ultegra v. Mystic Fire District, et al, 3:09 CV 1284 (MRK) (FOR ID ONLY).

**Full** D8.   Appraisal by George Joseph/Robert Silverstein dated September 17, 2004, as provided in Plaintiffs' Compliance with Discovery

**Full** D9.   BF Hoxie Engine Company Bunkroom Rules, marked as Exhibit 3 at Chris May's deposition **9/17**

_____ D10.   B.F. Hoxie Engine Company House Rules

_____ D11.   Transcripts of plaintiff Gretchen Chipperini's trial testimony of March 22, 2005, in Chipperini v. Town of Groton, Docket No. CV 05-62809, New London Superior Court, in connection with her tax appeal for the 23 Library Street property. (ID ONLY).

**Full** D12.   Various photographs of 23 Library Street contained in Plaintiffs' Compliance with discovery dated March 10, 2010, and marked as Exhibit 1 at the deposition of Gretchen Chipperini on May 19, 2011.

**Full**   D12-A  Photo

**Full**   D8A  Appraisal by George Joseph/Silverstein 9-17-2004