UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ULTEGRA LLC
GRETCHEN CHIPPERINI
INGE CHIPPERINI

     v.                             CASE NO.  3:09CV1284 (MPS)

MYSTIC FIRE DISTRICT
TOWN OF GROTON
TOWN OF STONINGTON
CHRISTOPHER WILKINS
FRANK C. HILBERT
ANTHONY P. MANFREDI, JR.
CHRISTOPHER MAY
JOHN H. KENNEDY
KYLE HILBERT
CHRIS PAIGE
BRIAN MILKENTHIN
NICK ALLYN
WILLIAM CELRUDA



### JUDGMENT

     This matter came on for trial before a jury and the Honorable Michael P. Shea, United States District Judge, and the issues having been duly tried as to the plaintiffs and defendants Mystic Fire District, Christopher May and Kyle Hilbert only.

     On November 6, 2009 Town of Groton and Town of Stonington were voluntarily dismissed;

     Further, on September 23, 2014 defendants Christopher Wilkins, Frank Hilbert, Anthony P. Manfredi, John Kennedy, Chris Paige, Brian Molkenthin, Nick Allyn and William Cetruda were dismissed by an Amended Complaint;

     Further, on September 24, 2014, the jury returned a verdict in favor of the remaining defendants, Mystic Fire District, Christopher May, and Kyle Hilbert;  it is therefore

     ORDERED and ADJUDGED  that judgment  is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 29th day of September, 2014.

ROBIN D. TABORA, Clerk

By _____/s/_____

Devorah Johnson
Deputy Clerk

EOD 9/29/14