UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
ULTEGRA, LLC et al.                             :      CIVIL ACTION NO.:
                                                :      3:09-cv-1284 (MPS)
                                                :
              Plaintiffs,                       :
    v.                                          :
                                                :
MYSTIC FIRE DISTRICT et al.,                    :
              Defendants.                       :
_____:        OCTOBER 6, 2014

## DEFENDANTS' MOTION FOR COSTS

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure for this Court, defendants hereby move that the Court enter an order allowing costs in the amount of $6,166.64 to the defendants.

The rules cited above provide that costs should be allowed to the prevailing party provided that the party has filed and served a verified bill of costs setting froth each item of costs that is claimed.  Local Rule 54 states that the Clerk shall enter an order allowing costs to the prevailing party unless the Court otherwise directs.

There is no question that the defendants are the prevailing parties in this case, having secured a defendants' verdict in the trial.

Defendants incurred significant costs as well as legal fees in its defense of this action.  Defendants identify all costs to be claimed in its Verified Bill of Costs, which is being filed with this Motion.  Defendants incorporate its verified Bill of Costs

herein by reference.  As detailed and documented in the Verified Bill of Costs, these costs total $6,166.64.

Pursuant to Federal Rule 54(d), Local Rule 54, and also 28 U.S.C. § § 1821, 1920, 1923 and 1924, the defendants – as prevailing parties – are entitled to recover all allowable costs.  Defendants therefore move the Court for an order awarding defendants its costs of $6,166.64.

        THE DEFENDANTS,
          Mystic Fire District, Christopher May,
          Kyle Hilbert, Chris Paige, Brian Molkenthin and
          Nick Allyn

By:
   ___ct15376_____
Michael C. Deakin (ct15376)
DEAKIN EDWARDS & CLARK LLP
245 Amity Road, Suite 200
Woodbridge, CT  06525
Tel.: (203) 387-5100
Fax: (203) 387-5101
E-mail: mdeakin@deakinedwardsclark.com

### **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      _____ct15376_____
      Michael C. Deakin (ct15376)

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ULTEGRA, LLC et al. | : | CIVIL ACTION NO.: |
| | : | 3:09-cv-1284 (MPS) |
| Plaintiffs, | : | |
| v. | : | |
| MYSTIC FIRE DISTRICT et al., | : | |
| Defendants. | : | |
| | : OCTOBER 6, 2014 | |

**VERIFIED BILL OF COSTS**

Pursuant to 28 U.S.C. §§ 1821, 1920, 1923 and 1924, Rule 54 of the Federal Rules of Civil Procedure, and Local Rule 54, the defendants herein hereby move for the immediate entry of all costs claimed by the defendants in its Verified Bill of Costs as shown below:

I. <u>Fees of the Marshal</u>

A. Melbourne R. Richard, Jr. (Service on
  Mr. Benedict and Mr. Woodward)     $ 326.20

II. <u>Fees of the Court Reporter/Transcript Fees</u>

A. Transcript – Deposition of Ken Woodward (04/27/11)     $ 805.33

B. Transcript – Depositions of Kyle Hilbert, Brian Molkenthin,
  Nickolas Allyn and Christopher May (04/13/10)     $ 497.50

C. Transcript – Deposition of Gretchen Chipperini (03/19/11)  $ 621.03

D. Transcript – Deposition of William Celtruda (04/10/10)     $ 651.90

3

                                  TOTAL        $4,854.74

III.    <u>Fees for Copies of Paper</u>

    A.  Copying plaintiffs' Expert's entire file      $  635.70

IV.    Fees for Removal of Petition (under Local Rule 54(6)(iii)      $  350.00

Defendant has incurred a total of $ 6,166.64 in above costs. Invoices and other documents reflecting the amounts requested are attached hereto as ***Exhibit A***. A verification attesting to these costs is attached hereto as ***Exhibit B***.

Wherefore, the defendants respectfully request an award of costs in the total amount listed above.

        THE DEFENDANTS,
           Mystic Fire District, Christopher May,
           Kyle Hilbert, Chris Paige, Brian Molkenthin and
           Nick Allyn

By:      \_\_\_ct15376_____
           Michael C. Deakin (ct15376)
           DEAKIN EDWARDS & CLARK LLP
           245 Amity Road, Suite 200
           Woodbridge, CT  06525
           Tel.: (203) 387-5100
           Fax: (203) 387-5101
           E-mail:  mdeakin@deakinedwardsclark.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

           _____ct15376_____
           Michael C. Deakin (ct15376)