4

# *EXHIBIT A*



# MELBOURNE R. RICHARD, JR.
## AN INDIFFERENT PERSON
### 32 Elm Street
### New Haven, CT  06510
#### Phone: 203.787.4805
#### Fax: 203.782.2860

March 20, 2012

Michael C. Deakins, Esq.
Deakin Edwards & Clark, LLP
245 Amity Road, Suite 200
Woodbridge, CT 06525


Re:   Ultegra, LLC, et als vs. Mystic Fire District, et als

      Subpoenas in a Civil Case
      3:09-CV-1284 (MRK)

      **Ken Woodward, Director of Estimating**
      **Petra Construction Corp**



**SERVICES RENDERED............$110.60**



# MELBOURNE R. RICHARD, JR.
## AN INDIFFERENT PERSON
**32 Elm Street**
**New Haven, CT  06510**
**Phone: 203.787.4805**
**Fax: 203.782.2860**

March 20, 2012

Michael C. Deakins, Esq.
Deakin Edwards & Clark, LLP
245 Amity Road, Suite 200
Woodbridge, CT 06525


Re:   Ultegra, LLC, et als vs. Mystic Fire District, et als

      Subpoenas in a Civil Case
      3:09-CV-1284 (MRK)

| | |
|---|---|
| **N. R. Benedict, Jr.** | $107.80 |
| **Norman R. Benedict** | 107.80 |


## SERVICES RENDERED............$215.60

**DEAKIN, EDWARDS & CLARK, LLP**
245 AMITY RD. STE 200
WOODBRIDGE, CT 06525-2258

1009
51-7218/2211
B0043

DATE 4-4-2013

PAY TO THE ORDER OF Melbourne H. Richard, Jr.     $ 326.20

Three Hundred Twenty Six & 20/100 — DOLLARS

People's United Bank
peoples.com

FOR Ultegra vs. Mystic Fire District

⑈00 1009⑈ ⑆ 2 2 1 1 7 2 1 8 6 ⑆ 6500039730⑈

6000.55

*30 day*
**REMINDER**

COMPUTER REPORTING SERVICE, LLC
Licensed Shorthand Reporters
1 Grandview Terrace
North Haven, Connecticut 06473

Office: (203) 234-1144                Fax: (203) 234-0046

April 27, 2011

To:   LAW OFFICE OF DEAKIN, EDWARDS & CLARK, LLP
      MICHAEL C. DEAKIN, ESQ.
      245 Amity Road, Suite 200
      Woodbridge, CT 06525

---

Professional Services Rendered   (Invoice #LC-80-12

Re:  ULTEGRA, LLC v. MYSTIC FIRE DISTRICT

Deposition of Ken Woodward, taken on behalf of
theDefendants, on April 19, 2012.

---

| | |
|---|---|
| Court Reporting attendance fee | $ 75.00 |
| Original & 1 copy   (Expert) | 682.25 |
| (Shipping/handling $10 included) | |
| | $ 757.25 |
| Sales Tax 6.35%..... | 48.08 |
| Amount Due........... | $ 805.33 |

---

Original sealed transcript and copy enclosed.

Please make check payable to:
COMPUTER REPORTING SERVICE, LLC
Tax ID # 77-0636308

COMPUTER REPORTING SERVICE, LLC - (203) 234-1144



JUDI A. ROBERTS
LICENSED SHORTHAND REPORTER NO. 325
11 LIBERTY RIDGE
CLINTON, CONNECTICUT 06413
OFFICE: (203) 314-6654
FAX:    (860) 664-9201

April 13, 2010

TO:
Michael C. Deakin, Esquire
LOUGHLIN, FITZGERALD
150 South Main Street
Wallingford, CT  06492


CASE:     Ultegra, LLC, et al vs. Mystic Fire District
WITNESS:  Kyle Hilbert, Brian Molkenthin, Nickolas Allyn and
          Christopher May
DATE:     March 29, 2010


Copy of transcripts                                       $490.00
Postage                                                      7.50
TOTAL DUE.................................................$497.50


                                          Thank you


DUE AND PAYABLE UPON RECEIPT

# INVOICE

COMPUTER REPORTING SERVICE, LLC
Licensed Shorthand Reporters
1 Grandview Terrace
North Haven, CT  06473-2043
Tel. (203) 234-1144          Fax. (203) 234-0046
TAX ID #77-0636308

INVOICE #RP1134

Michael C. Deakin, Esq.
Loughlin FiotzGerald, P.C.
150 South Main Street
Wallingford, Connecticut 06492          DATE:  July 11, 2011

Re:  U.S. District Court Case No. 3:09CV1284(MRK), Ultegra,
     LLC, et al, v. Mystic Fire District, et al, deposition
     of Gretchen Chipperini taken on March 19, 2011,
     original and one copy enclosed:

| | |
|---|---:|
| Transcript | $ 508.95 |
| Appearance Fee | 75.00 |
| | $ 583.95 |
| CT Sales Tax | 37.08 |
| Total Amount Due | $ 621.03 |

Please make check payable to COMPUTER REPORTING SERVICE, LLC

Thank you!

-----

*Please tear off stub and return with payment.*

Invoice #RP1134          TO:  Michael P. Deakin, Esq.

Re:  U.S. District Court Case No. 3:09CV1284(MRK), Ultegra,
     LLC, et al, v. Mystic Fire District, et al, deposition
     of Gretchen Chipperini taken on March 19, 2011,
     original and one copy enclosed:

ROBERTA OLSON
Registered Professional Reporter
126 Jack's Hill Road
Oxford, Connecticut 06478


Office:  (203) 234-1144          Fax:  (203) 234-0046


TO:   MICHAEL C. DEAKIN, ESQ.
      Loughlin Fitzgerald, P.C.
      150 South Main Street
      Wallingford, CT. 06492          4/10/10

---

Professional Services Rendered     (Invoice #RO 37-10)

Re:  Ultegra, LLC, et al v. Mystic Fire District, et al

Deposition of William Celtruda, taken on behalf of the
defendants, on 2/26/10.

---

Court Reporter attendance fee:              $ 75.00
Original & 2 copies                           540.00

                                              615.00
                         Sales Tax.......      36.90

                         Amount Due......    $651.90

---

Original sealed transcript and copy enclosed



              Please make check payable to ROBERTA OLSON
                       Tax ID # 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

COMPUTER REPORTING SERVICE, LLC
Licensed Shorthand Reporters
1 Grand Law Terrace
North Haven, Connecticut 06473

Office: (203) 234-1144          Fax: (203) 234-1146

April 5, 2011

T:  LAW OFFICE OF TEAKEN, EDWARDS & CLARK, LLP
    MICHAEL C. LEAKIN, ESQ.
    249 Amity Road, Suite 200
    Woodbridge, CT 06525

---

Professional Services Rendered  (Invoice #LC-66-12

Re:  Ultegra, LLC v. Mystic Fire District

Deposition of Norman F. Benedict, MAI-CRE-FRICS-AACI taken on behalf of the Defendants, on March 29, 2012.

---

Court Reporting attendance fee              $   75.00
Original & 1 copy  Expert                       796.50
Shipping/handling all included
                                            —————————
                                            $  844.50
              Sales Tax 6.35%......             53.63
                                            —————————
              Amount Due..........          $  898.13

---

Original sealed transcript and copy enclosed.

Please make check payable to:
COMPUTER REPORTING SERVICE, LLC
Tax ID # XX-XXXXXXX

COMPUTER REPORTING SERVICE, LLC - (203) 234-1144)

**Yamaguchi Obien Mangio, LLC**
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001
Phone: (206) 622-6875    Fax: (206) 343-4110

Job #: 110722JH
Job Date: 07/22/2011
Order Date: 07/22/2011
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: Def (except Celtruda)

**Invoice**
Invoice #: 43508
Inv.Date: 08/04/2011
Balance: $1,655.84

Bill To:
Michael C. Deakin
Loughlin Fitzgerald, P.C.
150 South Main Street
Wallingford, CT 06492

Action: Ultegra, LLC
vs
Mystic Fire District
Action #: 3:09-cv-1284 MRK
Rep: JH
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | John K. Murphy | Appearance | Hours | 6.25 | $65.00 | $406.25 |
| 2 | John K. Murphy | Original & 1 Certified Transcript | Pages | 204 | $4.05 | $826.20 |
| 3 | John K. Murphy | E-Transcript Conversion | Conversi | 1.00 | $25.00 | $25.00 |
| 4 | John K. Murphy | Exhibit Scanning | Unit | 471.00 | $0.40 | $188.40 |
| 5 | John K. Murphy | Original Exhibit Replacement B & W | Unit | 471.00 | $0.40 | $188.40 |
| 6 | John K. Murphy | Delivery of Original Transcript | Labor | 1.00 | $21.59 | $21.59 |

Comments:
A substituted copy of the exhibits were made. The original's were returned to you, per your request.

Please indicate the invoice number for which payment is made, especially for online payments. Thank you!

Federal Tax I.D.: 42-1604663

Terms: After 30 Days 1% Finance Charge Applied.

Sub Total: $1,655.84
Shipping: $0.00
Tax: $0.00
Total Invoice: $1,655.84
Payment: $0.00
Balance Due: $1,655.84

*1232.45* (handwritten)

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Michael C. Deakin
Loughlin Fitzgerald, P.C.
150 South Main Street
Wallingford, CT 06492

Deliver To:
Michael C. Deakin
Loughlin Fitzgerald, P.C.
150 South Main Street
Wallingford, CT 06492

**Invoice**

Yamaguchi Obien Mangio, LLC
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001

Phone: (206) 622-6875
Fax: (206) 343-4110

Invoice #: 43508
Inv.Date: 08/04/2011
Balance: $1,655.84
Job #: 110722JH
Job Date: 07/22/2011
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: Def (except Celtruda)



**LOUGHLIN | FITZGERALD**
ATTORNEYS AT LAW    A Professional Corporation

203.265.2035 PHONE
203.269.3487 FAX

150 South Main Street
Wallingford, CT 06492
www.lflaw.com

Email: bcohen@lflaw.com
Telephone Extension: 13

February 2, 2010

Mr. Andrew Boyd
Liability Representative
Glatfelter Claims Management, Inc.
183 Leader Heights Road
P.O. Box 5126
York, PA 17405-9792

Re:   Insured:        **Mystic Fire District**
      Claimants:      Ultegra, LLC, Gretchen Chipperini, Inge Chipperini
      Date of Loss:   07/25/08
      Claim No.       CTTR209050430
      Our File No.    8825-001

Dear Mr. Boyd:

Enclosed please find a transcript invoice in the amount of $148.40 for the transcript of William Celtruda's sentencing proceeding which took place on January 13, 2010.

I would appreciate if you would forward a check to me in the amount of $148.40 made Cheryl C. Straub I will forward the same to Ms. Straub. I enclose a self-addressed stamped envelope for your convenience.

If you have any questions, please feel free to contact the undersigned or Attorney Deakin.

Very truly yours,

Bonnie L. Cohen
Secretary to Michael C. Deakin, Esq.

Enclosures

