# *EXHIBIT B*

*EXHIBIT B*

## VERIFICATION OF COSTS

The undersigned being duly sworn, hereby declares:

1. I am counsel for the defendants in this matter and I have personal knowledge of the facts set forth in this verification.

2. The foregoing items sought as reimbursable costs or disbursements are correct and were necessarily incurred in the case.

3. The services for which fees have been charged were actually and necessarily performed.

_____
Michael C. Deakin

Subscribed and sworn to before me
this ___ day of October, 2014.

_____
Commissioner of the Superior Court