UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ULTEGRA, LLC and ) | |
| GRETCHEN CHIPPERINI ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3:09-cv-1284 (MPS) |
| vs. ) | |
| ) | |
| MYSTIC FIRE DISTRICT, ET AL, ) | |
| Defendants. ) | OCTOBER 24, 2014 |

## NOTICE OF APPEAL

Notice is hereby given that Ultegra, LLC and Gretchen Chipperini, plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit:

1. From the final judgment entered in this action on the 29th day of September, 2014 (ECF No. 198);

2. From an order Granting Defendants Motion for Summary Judgment as to Counts 1-6, 8-10, 15, 18, 21, 27 and 28 (ECF No. 77), entered in this action on the 22nd day of March, 2013 (ECF No. 93);

3. From an order Granting Defendant's Motion to Preclude Expert Testimony on Damages of Plaintiffs' Experts (ECF No. 112) entered in this action on the 10th day of October, 2013 (ECF No. 127);

4. From an order Denying the relief requested in Plaintiff's Motion for Reconsideration (ECF No. 134) entered in this action on the 17th day of December, 2013 (ECF No. 141);

5. From an order awarding fees and costs associated with an expert deposition, entered in this action on the 10th day of January, 2014 (ECF No. 145);

6. From an order awarding fees and costs associated with Motion for Order Requesting Telephonic Conference (ECF No. 153) and Reply Memorandum (ECF No. 158) entered this action on the 7th day of May, 2014 (ECF No. 167);

7. From an order Granting Defendants' Motion for Attorney Fees (ECF No. 169) on the 6th day of June, 2014 (ECF No. 170);

8. From an order Denying in Part Plaintiffs' Second Motion for Payment Plan (ECF No. 177) entered in this action on the 7th day of October, 2014 (ECF No. 201);

9. From an order failing to adopt Plaintiffs' Proposed Jury Instructions 4,5,6, and 7 (ECF No. 110-1) in the Court's Jury Instructions entered in this action on September 24, 2014 (ECF No. 191).

Plaintiffs, this day, have also filed a Motion for an Extension of Time to File a Notice of Appeal in order that newly appearing counsel may obtain the transcripts of the proceedings to determine whether other orders might be appropriate for appellate review. If that Motion is granted, Plaintiffs reserve the right to file an Amended Notice of Appeal consistent therewith.

    Respectfully submitted,
THE PLAINTIFFS

/s/ Bruce H. Raymond
Bruce H. Raymond, ct04981
Jay M. Wolman, ct29129
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
Tel. 860-633-0580
Fax. 860-633-0438
Raymond@raymondlawgroup.com
Wolman@raymondlawgroup.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:   October 24, 2014                           /s/ Bruce H. Raymond
                                                   Bruce H. Raymond